**Gregory MAPLES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48853.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and SPINDEN, JJ.

*ORDER*

Defendant appeals from the denial of his Rule 24.035 motion after an evidentiary hearing.

Affirmed.   Rule 84.16(b).

---

**Jerry D. MITCHELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48540.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1994.

Katherine E. Ladesh, Asst. Public Defender, Liberty, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed.   Rule 84.16(b).